USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 21, 2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CATHRYN NICHOLS,                        :
                                        :
                    Plaintiff,          :
                                        :
     - against -                        :
                                        :
PREMIER FINANCIAL BANCORP, INC.,        :    21 Civ. 4546
et al.,                                 :
                                        :
                    Defendants.         :
----------------------------------------X
MATTHEW WALKER,                         :
                                        :
                    Plaintiff,          :
                                        :
     - against -                        :
                                        :
PREMIER FINANCIAL BANCORP, INC.,        :    21 Civ. 5320
et al.,                                 :
                                        :
                    Defendants.         :
----------------------------------------X
PAUL PARSHALL,                          :
                                        :
                    Plaintiff,          :
                                        :
     - against -                        :
                                        :
PREMIER FINANCIAL BANCORP, INC.,        :    21 Civ. 5304
et al.,                                 :
                                        :
                    Defendants.         :    **ORDER**
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the three cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially

1

similar operative facts, and that the defendants in the higher-numbered actions, No. 21 Civ. 5320 and No. 21 Civ. 5304, are the defendants in the lower-numbered action, No. 21 Civ. 4546. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower-numbered case, No. 21 Civ. 4546; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher-numbered cases, No. 21 Civ. 5320 and No. 21 Civ. 5304, as separate actions and remove them from the Court's docket.

**SO ORDERED.**

Dated:   New York, New York
         21 June 2021

_____
Victor Marrero
U.S.D.J.