USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/8/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

SHIVA STEIN,                                                 :
                                                             :
           Plaintiff,                                 :   Civ. No.        1:21-cv-4546-VM
                                                             :
v.                                                           :
                                                             :
                                                             :
PREMIER FINANCIAL BANCORP, INC.,                             :
TONEY K. ADKINS, PHILIP E. CLINE,                            :
HARRY M. HATFIELD, LLOYD G.                                  :
JACKSON II, DOUGLAS V. REYNOLDS,                             :
MARSHALL T. REYNOLDS, NEAL W.                                :
SCAGGS, ROBERT W. WALKER, and                                :
THOMAS W. WRIGHT,                                            :
                                                             :
           Defendants.                                :
                                                             :
------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-

captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with

the Court before service by Defendants of either an answer or a motion for summary judgment,

Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  November 5, 2021                         Respectfully submitted,

                                                 **MELWANI & CHAN LLP**

                                                 /s *Gloria Kui Melwani*
                                                 Gloria Kui Melwani (GM5661)
                                                 1180 Avenue of the Americas, 8th Floor
                                                 New York, New York 10036
                                                 Tel: (212) 382-4620
                                                 Email:  gloria@melwanichan.com

                                                 *Attorneys for Plaintiff*

The action of Plaintiff Shiva Stein
is dismissed with prejudice. The
Clerk of the Court is instructed to
terminate this matter, as all
plaintiffs have now voluntarily
dismissed their cases.

**SO ORDERED.**

__11/8/2021__

DATE                    VICTOR MARRERO, U.S.D.J.